```
STEPHAN A. BARBER (SBN 70070)
DANIEL P. McKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando Street, Suite 1400
San Jose, CA  95113
Telephone:    (408) 287-6262
Facsimile:    (408) 918-4501
Email:        sbarber@rmkb.com

Attorneys for
SAM HOLDINGS, LLC, HANDSON VENTURES,
LLC, RUSTIC CANYON, LLC and HOV GLOBAL
SERVICES LTD.
```

**IT IS SO ORDERED AS MODIFIED**
*Judge Edward J. Davila*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE KING, an individual; DEBBIE KING, an individual; BILLY RAY PITCHER, an individual; and JOHN W. MALONEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAM HOLDINGS, LLC, a limited liability company; HANDSON VENTURES, LLC, a limited liability company; and DOES 1 through 100, Inclusive,<br><br>Defendant. | CASE NO.  CV10-4706 HRL<br><br>**STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT SCHEDULING ORDER [Civ. Local Rules 7-12 and 56]** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

IT IS HEREBY STIPULATED by and between plaintiffs EDDIE KING, DEBBIE KING, BILLY RAY PITCHER and JOHN W. MALONEY, by and through their attorneys Robert E. Nelson and H. Clyde Long, and defendants SAM HOLDINGS, LLC, HANDSON VENTURES, LLC, RUSTIC CANYON, LLC, and HOV GLOBAL SERVICES, LTD. by and through their attorney Stephan A. Barber, to modify the case management scheduling order as follows:

1. Counsel for the parties agree that certain modifications to the case management scheduling order are necessary due to the complexity of discovery, the need to take depositions of important witnesses in other states, to accommodate vacation schedules of witnesses and counsel,

and to assure that the parties are properly prepared for possible mediation, settlement conferences, and trial.

2. ~~The modifications called~~ for herein will not effect the trial date. The trial date will remain scheduled for February 27, 2012.

[DENIED stamps — Judge Edward J. Davila]

3. The existing schedule shall be modified as follows:

    (a)    Deadline to complete fact discovery – October 19, 2011

    (b)    Last day to file/serve dispositive motions – October 31, 2011

    (c)    Disclosure of experts and experts' FRCP Rule 26 reports – November 4, 2011

    (d)    Disclosure of supplemental experts and supplemental expert reports – November 18, 2011

    (e)    Last day to hear dispositive motions – December 16, 2011

    (f)    Last day to complete expert discovery – December 16, 2011.

4. The parties further agree that the limitation on the number of interrogatories and number of requests for production of documents for each side is increased to a total of 50 interrogatories and 50 requests for production of documents.

5. Counsel for the parties also agree that service of pleadings and discovery requests by e-mail shall constitute personal service and that service by e-mail shall trigger the applicable deadline for a response.

6. Counsel for the parties and the parties agree that the above modifications are necessary to the efficient prosecution and defense of this lawsuit and in the best interests of justice.

The parties shall appear at a Pretrial Conference on September 30, 2011, at 11:00 a.m. to discuss trial setting and other associated deadlines.

| | | |
|---|---|---|
| 1 | Dated: August 9, 2011 | NELSON LAW GROUP |
| 2 | | |
| 3 | | By:/s/ *Robert S. Nelson* |
| 4 | | ROBERT S. NELSON<br>Attorneys for Plaintiffs |
| 5 | | EDDIE KING, DEBBIE KING, BILLY RAY PITCHER and JOHN W. MALONEY |
| 6 | | |
| 7 | Dated: August 9, 2011 | LONG LAW OFFICES |
| 8 | | |
| 9 | | By:/s/ *H. Clyde Long* |
| 10 | | H. CLYDE LONG<br>Attorneys for Plaintiffs |
| 11 | | EDDIE KING, DEBBIE KING, BILLY RAY PITCHER and JOHN W. MALONEY |
| 12 | Dated: August 9, 2011 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 13 | | |
| 14 | | By:/s/ *Stephan A. Barber* |
| 15 | | STEPHAN A. BARBER<br>Attorneys for SAM HOLDINGS, LLC. |
| 16 | | HANDSON VENTURES, LLC, RUSTIC CANYON, LLC and HOV GLOBAL |
| 17 | | SERVICES LTD. |

### ORDER OF THE COURT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 10, 2011

_____
JUDGE, UNITED STATES DISTRICT COURT