MELANIE M. NORVELL, ESQ. (*Pro Hac Vice*)
BOVIS, KYLE & BURCH, LLC
200 Ashford Center North, Suite 500
Atlanta, GA 30328
Telephone: (770) 391-9100
Fax: (770) 668-0878
Email: mmn@boviskyle.com

STEPHAN A. BARBER (SBN 70070)
DANIEL P. McKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501E
Email: sbarber@rmkb.com

Attorneys for SAM HOLDINGS, LLC, HANDSON VENTURES, LLC, RUSTIC CANYON, LLC and HOV GLOBAL SERVICES LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE KING, an individual; DEBBIE KING, an individual; BILLY RAY PITCHER, an individual; and JOHN W. MALONEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAM HOLDINGS, LLC, a limited liability company; HANDSON VENTURES, LLC, a limited liability company; RUSTIC CANYON LLC and HOV GLOBAL SERVICES LTD,<br><br>Defendants.<br>_____<br>SAM HOLDINGS, LLC, a limited liability company,<br><br>Counter-Claimant,<br><br>v.<br><br>EDDIE KING, an individual; DEBBIE KING, an individual; BILLY RAY PITCHER, an individual; and JOHN W. MALONEY, an individual,<br><br>Counter-Defendants. | **Case No. 5:10-cv-04706-EJD HRL**<br><br>**JOINT STIPULATION AND PROPOSED ORDER GRANTING REQUEST OF COUNSEL FOR PLAINTIFFS AND DEFENDANTS TO CONTINUE PRETRIAL CONFERENCE TO OCTOBER 14, 2011 AT 11:00 A.M.**<br><br>**Date:     September 30, 2011**<br>**Time:    11:00 a.m.**<br>**Judge:   District Judge Edward J. Davila** |

- 1 -     **Case No. 5:10-CV-04706 EJD HRL**

**JOINT STIPULATION AND PROPOSED ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiffs, EDDIE KING, DEBBIE KING, BILLY RAY PITCHER, and JOHN W. MALONEY, by and through their undersigned counsel, and Defendants, SAM HOLDINGS, LLC, HANDSON VENTURES, LLC, RUSTIC CANYON, LLC, and HOV GLOBAL SERVICES, LTD, by and through their undersigned counsel, that the Pretrial Conference currently scheduled for September 30, 2011 at 11:00 a.m. be continued to October 14, 2011 at 11:00 a.m.

Additionally, counsel for all parties agree that the hearing on Defendants' Motion for Transfer and the Pretrial Conference both be scheduled for October 14, 2011.

It is respectfully requested that the above request for continuance be granted and notice sent to all parties regarding the rescheduled date and time.

                                          Respectfully submitted,

Dated: August 30, 2011          NELSON LAW GROUP

                                        By: /s/ Robert S. Nelson
                                             ROBERT S. NELSON

Dated: August 30, 2011          LONG LAW OFFICES

                                        By: /s/ H. Clyde Long
                                           H. CLYDE LONG

                                           Attorneys for Plaintiffs EDDIE KING, DEBBIE KING, BILLY RAY PITCHER, and JOHN W. MALONEY

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  August 30, 2011 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 3 | | |
| 4 | | By:/s/ Stephan A. Barber |
| | | STEPHAN A. BARBER |
| 5 | | |
| 6 | Dated:  August 30, 2011 | BOVIS, KYLE & BURCH, LLC |
| 7 | | |
| | | By:/s/ Melanie M. Norvell |
| 8 | | MELANIE M. NORVELL |
| | | *(Appearing Pro Hac Vice)* |
| 9 | | |
| 10 | | Attorneys for Defendants SAM HOLDINGS, LLC, HANDSON VENTURES, LLC, RUSTIC CANYON, LLC and HOV GLOBAL SERVICES LTD. |

### ORDER OF THE COURT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  September 1        , 2011

_____
UNITED STATES DISTRICT COURT
GF Y CTF "10F CXKNC"

- 3 -

**Case No. 5:10-CV-04706 EJD HRL**

JOINT STIPULATION AND PROPOSED ORDER

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the within and foregoing *JOINT STIPULATION AND PROPOSED ORDER GRANTING REQUEST OF COUNSEL FOR PLAINTIFFS AND DEFENDANTS TO CONTINUE  PRETRIAL CONFERENCE TO OCTOBER 14, 2011 AT 11:00 A.M.* has been served upon opposing counsel via the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Robert S. Nelson, Esq.
> Danielle L. Tizol, Esq.
> Nelson Law Group
> 900 Cherry Avenue, Suite 300
> San Bruno, CA  94066
>
> H. Clyde Long, Esq.
> Long Law Offices
> 950 Risa Road, 2nd Floor
> Lafayette, CA  94549

This 30th day of August, 2011.

**BOVIS, KYLE & BURCH, LLC**

   /s/ Melanie M. Norvell
**MELANIE M. NORVELL, ESQ.**
Georgia Bar No. 455591
Admitted *Pro Hac Vice*
Attorneys for SAM HOLDINGS, LLC,
HANDSON VENTURES, LLC,
RUSTIC CANYON, LLC and HOV GLOBAL SERVICES LTD.
200 Ashford Center North, Suite 500
Atlanta, Georgia, 30338-2668
770-391-9100  /  Fax: 770-668-0878
mmn@boviskyle.com