Melanie M. Norvell, Esq.
Bovis, Kyle & Burch, LLC
200 Ashford Center North, 5th Floor
Atlanta, GA 30338
678-338-3971 - Direct Dial
770-668-0878 - Facsimile

STEVE W. DOLLAR, ESQ. (SBN 104365)
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for SAM HOLDINGS, LLC, HANDSON VENTURES, LLC, RUSTIC CANYON, LLC, and HOV GLOBAL SERVICES LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE KING, an individual; DEBBIE KING, an individual; BILLY RAY PITCHER, an individual; and JOHN W. MALONEY, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAM HOLDINGS, LLC, a limited liability company; HANDSON VENTURES, LLC, a limited liability company; and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants.<br>_____<br>SAM HOLDINGS, LLC, a limited liability company,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>EDDIE KING, an individual; DEBBIE KING, an individual; BILLY RAY PITCHER, an individual; and JOHN W. MALONEY, an individual,<br><br>　　　　　Counter-Defendants. | Case Number CV10-4706 GLF<br><br>ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY<br>" |

1  After considering the motion to substitute attorney, THE COURT HEREBY ORDERS
2  AS FOLLOWS:
3  1. The Law Firm of Ericksen Arbuthnot by and through STEVE W. DOLLAR,
4  ESQ. will substitute in as co-counsel for Defendants/Cross-Complainants SAM HOLDINGS,
5  LLC., HANDSON VENTURES, LLC, RUSTIC CANYON, LLC, and HOV GLOBAL, LTD.
6  (collectively Sam Holdings).
7  2. The law firm of Ropers, Majeski, Kohn, & Bentley by and through STEPHAN A.
8  BARBER, ESQ. and DANIEL MCKINNON, ESQ. is relieved as counsel for SAM HOLDINGS.
9  3. The law firm of Bovis, Kyle, & Burch by and through MELANIE M. NORVELL,
10 ESQ. remains co-counsel for SAM HOLDINGS.
   4. The October 18, 2011 hearing date is VACATED. The Motion to appear by
11 by telephone is found as MOOT.
12 DATE: ___September 20___, 2011



HON. GF Y CTF 'UFCXKNC
United States District Court Flwtlev Judge

---

2

ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY - CV10-4706 HRL